# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**OTIS D. YELVERTON,**

　　*Plaintiff*,

v.                                                                   Case No.: 1:20cv274-MW/GRJ

**THE UNIVERSITY
ATHLETIC ASSOCIATION,
INC.,**

　　*Defendant.*
_____/

## ORDER CLOSING THE FILE

　　The parties have filed a stipulation for dismissal with prejudice. ECF No. 37. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must remove the "STAY" flag from the docket and close the file.

　　**SO ORDERED on January 20, 2022.**

　　　　　　　　　　　　　　　　　　　　　　s/Mark E. Walker_____
　　　　　　　　　　　　　　　　　　　　　　**Chief United States District Judge**